BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN; CHAD ORRIN; JENNIFER SENSIBA; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendants. | Case No.: 3:24-cv-664-CAB-MMP <br><br> **AFFIDAVIT OF SERVICE** |

I, Stephen M. Duvernay, declare:

1. I am an attorney, licensed to practice law in the State of California, and an attorney with the law firm of Benbrook Law Group, PC, counsel of record for Plaintiffs in this matter. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. On April 11, 2024, I e-mailed counsel in the California Department of Justice Division of Civil Law, Government Law Section with copies of the summons, complaint, and cover sheet (ECF Nos. 1, 1-1, 2) in this action and asked whether the office would accept electronic service of the materials. On April 13, counsel confirmed that they were authorized to accept service effective April 15, 2024. A true and correct copy of that e-mail exchange is attached as <u>Exhibit 1</u>.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct to the best of my knowledge.

                                                                 s/ Stephen M. Duvernay
                                                                 Stephen M. Duvernay

# EXHIBIT 1

**Subject:** Re: Hoffman v. Bonta; S.D. Cal. No. 24-cv-664
**Date:** Saturday, April 13, 2024 at 11:56:19 AM Pacific Daylight Time
**From:** Steve Duvernay
**To:** Sebastian Brady
**CC:** Paul Stein, Robert Meyerhoff, Bradley Benbrook

Sebastian,

Thanks very much. We'll note April 15 as the service date.

Sincerely,

Steve

> On Apr 13, 2024, at 11:41 AM, Sebastian Brady <Sebastian.Brady@doj.ca.gov> wrote:
>
> Hi Steve,
>
> We can accept this email service effective Monday, April 15.
>
> Thanks,
> Sebastian
>
> ---
>
> **From:** Steve Duvernay <Steve@benbrooklawgroup.com>
> **Sent:** Thursday, April 11, 2024 3:17 PM
> **To:** Paul Stein <Paul.Stein@doj.ca.gov>; Robert Meyerhoff <Robert.Meyerhoff@doj.ca.gov>; Sebastian Brady <Sebastian.Brady@doj.ca.gov>
> **Cc:** Bradley Benbrook <brad@benbrooklawgroup.com>
> **Subject:** Hoffman v. Bonta; S.D. Cal. No. 24-cv-664
>
> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.
>
> Counsel,
>
> Attached is a courtesy copy of a lawsuit my office filed today challenging the constitutionality of California's prohibition on concealed-carry by non-residents.
>
> Let me know if your office is authorized to accept electronic service; if not, we'll arrange for hand delivery of these materials.
>
> Sincerely,
>
> **Stephen Duvernay**
> Benbrook Law Group, PC
> 701 University Avenue, Suite 106
> Sacramento, CA  95825
> (916) 447-4900

steve@benbrooklawgroup.com

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.