1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  NICHOLAS R. GREEN
   Deputy Attorney General
4  CHRISTINA R.B. LÓPEZ
   Deputy Attorney General
5  State Bar No. 312610
    300 South Spring Street, Suite 1702
6   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6106
7   Fax:  (916) 324-8835
    E-mail:  Christina.Lopez@doj.ca.gov
8  *Attorneys for Defendant*
   *Rob Bonta, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER J. HOFFMAN; CHAD ORRIN; JENNIFER SENSIBA; and FIREARMS POLICY COALITION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 3:24-cv-0664-CAB-MMP<br><br>**JOINT MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Dept:        15A<br>Judge:      The Hon. Cathy Ann Bencivengo<br><br>Trial Date:   Not Yet Set<br>Action Filed: April 11, 2024 |

**JOINT MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 7, 8, and 12, and Local Civil Rules 7.2 and 12.1, Plaintiffs Christopher J. Hoffman, Chad Orrin, Jennifer Sensiba, and Firearms Policy Coalition (collectively, "Plaintiffs") and Defendant Rob Bonta, Attorney General of California (the "Attorney General") jointly move the Court for a fourteen-day extension of the Attorney General's deadline to respond to Plaintiffs' Complaint (ECF No. 1).

Plaintiffs' Complaint asserts two causes of action under federal law challenging the constitutionality of California's regulation of the right to carry handguns publicly for self-defense, which bears directly on California's relationships with other states.

Plaintiffs effected service on the Attorney General on April 15, 2024. The Attorney General's current deadline to respond is accordingly May 6, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). In view of the questions presented by Plaintiffs' Complaint, the Attorney General respectfully requests an additional fourteen days to respond, through May 20, 2024. This is the first motion to extend or enlarge time in this action and Plaintiffs do not oppose the Attorney General's request.

For the foregoing reasons, good cause exists to grant this Joint Motion to extend the Attorney General's deadline to respond to the Complaint.

| | | |
|---|---|---|
| 1 | Dated: May 1, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 4 | | NICHOLAS R. GREEN<br>Deputy Attorney General |
| 5 | | |
| 6 | | |
| 7 | | */s Christina R.B. López*<br>CHRISTINA R.B. LÓPEZ |
| 8 | | Deputy Attorney General<br>*Attorneys for Defendant* |
| 9 | | *Rob Bonta, Attorney General of California* |
| 10 | | |
| 11 | | |
| 12 | Dated: May 1, 2024 | Respectfully submitted, |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | */s Stephen M. Duvernay*<br>STEPHEN M. DUVERNAY |
| 17 | | Benbrook Law Group, PC<br>*Attorneys for Plaintiffs* |