ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
CHRISTINA R.B. LÓPEZ
Deputy Attorney General
NICHOLAS R. GREEN
Deputy Attorney General
State Bar No. 323959
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102–7004
  Telephone:  (415) 510–4400
  Fax:  (415) 703–5480
  E-mail:  Nicholas.Green@doj.ca.gov
*Attorneys for Defendant*
*Rob Bonta, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER J. HOFFMAN; CHAD ORRIN; JENNIFER SENSIBA; and FIREARMS POLICY COALITION, INC.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 3:24-cv-00664-CAB-MMP<br><br>**NOTICE OF APPEARANCE OF NICHOLAS R. GREEN** |

**PLEASE TAKE NOTICE THAT** Deputy Attorney General Nicholas R. Green hereby enters his appearance as counsel for Defendant California Attorney General Rob Bonta. Mr. Green is a member of the State Bar of California and is admitted to practice in the United States District Court for the Southern District of California.

1

Mr. Green's contact information is as follows:

Nicholas R. Green, Deputy Attorney General
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102–7004
Telephone: (415) 510–4400
Fax: (415) 703–5480
E-mail: Nicholas.Green@doj.ca.gov

Dated:  May 1, 2024                    Respectfully submitted,

                                       ROB BONTA
                                       Attorney General of California
                                       MARK R. BECKINGTON
                                       Supervising Deputy Attorney General
                                       CHRISTINA R.B. LÓPEZ
                                       Deputy Attorney General


                                       */s/ Nicholas R. Green*
                                       NICHOLAS R. GREEN
                                       Deputy Attorney General
                                       *Attorneys for Defendant*
                                       *Rob Bonta, Attorney General of*
                                       *California*

# CERTIFICATE OF SERVICE

Case Name: **_Hoffman, Christopher, et al. v. Rob Bonta_**    Case No.    **3:24-cv-00664-CAB-MMP**

I hereby certify that on <u>May 1, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF APPEARANCE OF NICHOLAS R. GREEN**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 1, 2024</u>, at San Francisco, California.

| M. Mendiola | |
|---|---|
| Declarant | Signature |

SA2024301668