UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER HOFFMAN, et al., Plaintiff, v. ROB BONTA, Defendant. | Case No.: 24-cv-664-CAB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT** |
|---|---|

Upon review of the Parties' joint motion to extend time for Defendant to respond to the complaint, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** Defendant shall have until <u>**May 20, 2024**</u> to answer, or otherwise respond to, the complaint.

It is **so ORDERED.**

Dated: May 1, 2024

Hon. Cathy Ann Bencivengo
United States District Judge