1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  NICHOLAS R. GREEN
   Deputy Attorney General
4  CHRISTINA R.B. LÓPEZ
   Deputy Attorney General
5  State Bar No. 312610
     300 South Spring Street, Suite 1702
6    Los Angeles, CA 90013-1230
     Telephone: (213) 269-6106
7    Fax: (916) 324-8835
     E-mail: Christina.Lopez@doj.ca.gov
8  *Attorneys for Defendant*
   *Rob Bonta, Attorney General of California*
9
                 IN THE UNITED STATES DISTRICT COURT
10
               FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11

12

13

14  **CHRISTOPHER J. HOFFMAN;**          3:24-cv-0664-CAB-MMP
    **CHAD ORRIN; JENNIFER**
15  **SENSIBA; and FIREARMS POLICY**
    **COALITION, INC.,**
16                                       **DEFENDANT ROB BONTA'S**
                            Plaintiffs,  **ANSWER TO COMPLAINT**
17
         v.                              Judge:        Hon. Cathy Ann
18                                                     Bencivengo
19  **ROB BONTA, in his official capacity**   Action Filed:  April 11, 2024
    **as Attorney General of California,**
20
                            Defendant.
21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ANSWER

Pursuant to Federal Rules of Civil Procedure 7, 8, and 12, Defendant Rob Bonta, in his official capacity as Attorney General of California, answers Plaintiffs' Complaint (ECF No. 1) as follows:

## INTRODUCTION[1]

1.      The Attorney General admits that the quoted language in Paragraph 1 appears in *New York State Rifle & Pistol Association v. Bruen*, 597 U.S. 1 (2022) and that *Bruen* speaks for itself. The remaining allegations in Paragraph 1 are legal conclusions to which no response is required. To the extent any allegations in Paragraph 1 may be deemed factual allegations, the Attorney General denies them.

2.      The Attorney General is without sufficient information to form a belief as the truth of Plaintiffs' allegations that they have been issued carry licenses in their respective home states, and on that basis denies them. The remaining allegations in Paragraph 2 are legal conclusions to which no response is required. To the extent any allegations in Paragraph 2 may be deemed factual allegations, the Attorney General denies them.

3.      The Attorney General admits that the quoted language in Paragraph 3 appears in *Bruen* and that *Bruen* speaks for itself. The remaining allegations in Paragraph 3 are legal conclusions or characterizations of Plaintiffs' claims to which no response is required. To the extent any allegations in Paragraph 3 may be deemed factual allegations, the Attorney General denies them. The Attorney General denies that California's concealed carry licensing laws are unconstitutional.

---

[1] For the convenience of the Court and the parties, this Answer uses the same headings utilized by Plaintiffs in the Complaint.  To the extent that any response is required to the substance of the headings, the Attorney General denies all allegations contained in or suggested by the headings.

1

**JURISDICTION AND VENUE**

2     4.     The Attorney General admits that this Court has jurisdiction over this

3  action.  Except as specifically admitted, the Attorney General denies all remaining

4  allegations in Paragraph 4.

5     5.     The Attorney General admits, for purposes of this action only, that

6  venue is proper in this Court. Except as specifically admitted, the Attorney General

7  denies all remaining allegations in Paragraph 5.

8

**THE PARTIES[2]**

9     9.     The Attorney General is without sufficient information to form a belief

10  as to the truth of Plaintiffs' allegations in Paragraph 9, and on that basis denies

11  them.

12     10.     The Attorney General is without sufficient information to form a belief

13  as to the truth of Plaintiffs' allegations in Paragraph 10 and on that basis denies

14  them.

15     11.     The Attorney General is without sufficient information to form a belief as

16  to the truth of Plaintiffs' allegations in Paragraph 11 that Mr. Hoffman desires to

17  carry a firearm in public for self-defense while he visits California, that he has

18  refrained from carrying a firearm in public for self-defense in California, that he

19  does not have a principal place of business or employment in California, that

20  "nothing apart from his residency prevents Plaintiff Hoffman from carrying a

21  firearm in public," or that Mr. Hoffman is a member of the Firearms Policy

22  Coalition, Inc., and on that basis denies them. The remaining allegations in

23  Paragraph 11 are legal conclusions to which no response is required. To the extent

24  any of the remaining allegations in Paragraph 11 may be deemed factual

25  allegations, the Attorney General denies them.

26

27

28

---

[2] Plaintiffs' Complaint skips from Paragraph 5 to Paragraph 9. For ease of reference, that numbering is maintained in this Answer.

12.    The Attorney General is without sufficient information to form a belief as to the truth of Plaintiffs' allegations in Paragraph 12 and on that basis denies them.

13.    The Attorney General is without sufficient information to form a belief as to the truth of Plaintiffs' allegations in Paragraph 13 that Mr. Orrin desires to carry a firearm in public for self-defense while he visits California, that he has refrained from carrying a firearm in public for self-defense in California, that he does not have a principal place of business or employment in California, that "nothing apart from his residency prevents Plaintiff Orrin from carrying a firearm in public," or that Mr. Orrin is a member of the Firearms Policy Coalition, Inc., and on that basis denies them. The remaining allegations in Paragraph 13 are legal conclusions to which no response is required. To the extent any of the remaining allegations in Paragraph 13 may be deemed factual allegations, the Attorney General denies them.

14.    The Attorney General is without sufficient information to form a belief as to the truth of Plaintiffs' allegations in Paragraph 14 and on that basis denies them.

15.    The Attorney General is without sufficient information to form a belief as to the truth of Plaintiffs' allegations in Paragraph 15 that Ms. Sensiba desires to carry a firearm in public for self-defense while she visits California, that she has refrained from carrying a firearm in public for self-defense in California, that she does not have a principal place of business or employment in California, that "nothing apart from his residency prevents Plaintiff Sensiba from carrying a firearm in public," or that Ms. Sensiba is a member of the Firearms Policy Coalition, Inc., and on that basis denies them. The remaining allegations in Paragraph 15 are legal conclusions to which no response is required. To the extent any of the remaining allegations in Paragraph 15 may be deemed factual allegations, the Attorney General denies them.

16.    The Attorney General is without sufficient information to form a belief as to the truth of Plaintiffs' allegations in Paragraph 16 and on that basis denies them.

17.   The Attorney General admits that he is the Attorney General of the State of California and that the Attorney General is the chief law enforcement officer of the State of California. The Attorney General further admits that Article V, section 13, of the California Constitution speaks for itself. The remaining allegations in Paragraph 17 are legal conclusions to which no response is required. To the extent any of the remaining allegations in Paragraph 17 may be deemed factual allegations, the Attorney General denies them.

## GENERAL ALLEGATIONS

18.   The allegations in Paragraph 18 are legal conclusions to which no response is required. To the extent any allegations in Paragraph 18 may be deemed factual allegations, the Attorney General denies them.

19.   The allegations in Paragraph 19 are legal conclusions to which no response is required. To the extent any allegations in Paragraph 19 may be deemed factual allegations, the Attorney General denies them.

20.   The allegations in Paragraph 20 are legal conclusions to which no response is required. To the extent any allegations in Paragraph 20 may be deemed factual allegations, the Attorney General denies them.

21.   The Attorney General is without sufficient information to form a belief as to the truth of Plaintiffs' allegations in Paragraph 21 that they are law-abiding, responsible citizens who wish to bear arms in public for self-defense while they visit California, and on that basis denies them. The remaining allegations in Paragraph 21 are legal conclusions to which no response is required. To the extent any allegations in Paragraph 21 may be deemed factual allegations, the Attorney General denies them.

**CLAIMS FOR RELIEF**

**FIRST CAUSE OF ACTION**

**VIOLATION OF 42 U.S.C. § 1983**

**(SECOND AND FOURTEENTH AMENDMENTS)**

22.    The Attorney General incorporates herein by reference the foregoing responses to Paragraphs 1 through 21.

23.    The allegations in Paragraph 23 are legal conclusions to which no response is required. To the extent any allegations in Paragraph 23 may be deemed factual allegations, the Attorney General denies them. The Attorney General denies that California's concealed carry licensing laws are unconstitutional.

24.    The Attorney General admits that the quoted language in Paragraph 24 appears in *Bruen* and that *Bruen* speaks for itself. The remaining allegations in Paragraph 24 are legal conclusions to which no response is required. To the extent any allegations in Paragraph 24 may be deemed factual allegations, the Attorney General denies them.

25.    The Attorney General admits that the quoted language in Paragraph 25 appears in *Bruen* and that *Bruen* speaks for itself. The remaining allegations in Paragraph 25 are legal conclusions to which no response is required. To the extent any allegations in Paragraph 25 may be deemed factual allegations, the Attorney General denies them

26.    The Attorney General admits that the quoted language in Paragraph 26 appears in *Bruen* and that *Bruen* speaks for itself. The remaining allegations in Paragraph 26 are legal conclusions to which no response is required. To the extent any allegations in Paragraph 26 may be deemed factual allegations, the Attorney General denies them.

27.    The allegations in Paragraph 27 are legal conclusions to which no response is required. To the extent any allegations in Paragraph 27 may be deemed

5

1  factual allegations, the Attorney General denies them. The Attorney General denies
2  that California's concealed carry licensing laws are unconstitutional.

**SECOND CAUSE OF ACTION**

**VIOLATION OF 42 U.S.C. § 1983**

**(PRIVILEGES AND IMMUNITIES)**

6  28.  The Attorney General incorporates herein by reference the foregoing
7  responses to Paragraphs 1 through 27.

8  29.  The Attorney General admits that the quoted language in Paragraph 29
9  appears in Article IV, Section 2 of the United States Constitution and that Article
10 IV, Section 2 speaks for itself. The remaining allegations in Paragraph 29 are legal
11 conclusions to which no response is required. To the extent any allegations in
12 Paragraph 29 may be deemed factual allegations, the Attorney General denies them.

13 30.  The Attorney General admits that the quoted language in Paragraph 30
14 appears in the cited portions of the Federalist Papers and that those papers speak for
15 themselves. The remaining allegations in Paragraph 30 are legal conclusions to
16 which no response is required. To the extent any allegations in Paragraph 30 may
17 be deemed factual allegations, the Attorney General denies them.

18 31.  The Attorney General admits that the quoted language in Paragraph 31
19 appears in the cited cases and that those cases speak for themselves. The remaining
20 allegations in Paragraph 31 are legal conclusions to which no response is required.
21 To the extent any allegations in Paragraph 31 may be deemed factual allegations,
22 the Attorney General denies them.

23 32.  The Attorney General admits that the quoted language in Paragraph 32
24 appears in *Bruen* and that *Bruen* speaks for itself. The remaining allegations in
25 Paragraph 32 are legal conclusions to which no response is required. To the extent
26 any allegations in Paragraph 32 may be deemed factual allegations, the Attorney
27 General denies them.

28

33.  The Attorney General is without sufficient information to form a belief as to the truth of Plaintiffs' allegations in Paragraph 33 that they are law-abiding, responsible citizens who wish to bear arms in public for self-defense while they visit California, and on that basis denies them. The remaining allegations in Paragraph 33 are legal conclusions to which no response is required. To the extent any allegations in Paragraph 33 may be deemed factual allegations, the Attorney General denies them. The Attorney General denies that California's concealed carry licensing laws are unconstitutional.

The Attorney General denies that Plaintiffs are entitled to the relief requested immediately following Paragraph 33, or to any relief whatsoever. To the extent the Prayer for Relief contains any factual allegations, the Attorney General denies them.

**DEFENSES**

In addition to the foregoing responses to the allegations in the Complaint, and without admitting any allegations contained therein or taking on the burden as to any matter for which the burden falls on Plaintiffs, the Attorney General asserts the following defenses based on information and belief. By asserting the following defenses, the Attorney General does not knowingly or intentionally waive any additional defense. The Attorney General reserves the right to amend this answer and these defenses. The Attorney General further reserves the right to assert or rely upon other defenses as may become available or apparent during discovery or other proceedings in this action. The Attorney General further reserves the right to rely on defenses raised by other parties in this action.

FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

SECOND DEFENSE

Plaintiffs' claims are barred because they lack standing.

THIRD DEFENSE

To the extent Plaintiffs seek equitable remedies, their claims are barred because they have an adequate remedy at law.

FOURTH DEFENSE

To the extent Plaintiffs seek equitable remedies, their claims are barred by the doctrines of estoppel, laches, unclean hands, and/or waiver.

FIFTH DEFENSE

To the extent the Attorney General has undertaken any conduct with respect to the subjects and events underlying the Complaint, such conduct was, at all times material thereto, undertaken in good faith and in reasonable reliance on existing law.

**PRAYER FOR RELIEF**

WHEREFORE, the Attorney General prays that:

1. Plaintiffs take nothing by reason of their Complaint;

2. Judgement be entered in favor of the Attorney General and adverse to Plaintiffs;

3. The Attorney General be awarded costs incurred in defending this action; and

4. The Attorney General be awarded any such further relief that the Court may deem just and proper.

ATTORNEY GENERAL'S ANSWER TO COMPLAINT (24-cv-0664-CAB-MMP)

1    Dated:  May 20, 2024                    Respectfully submitted,

2                                            ROB BONTA
                                             Attorney General of California
3                                            MARK R. BECKINGTON
                                             Supervising Deputy Attorney General
4                                            NICHOLAS R. GREEN
                                             Deputy Attorney General
5

6

7
                                             *s/ Christina R.B. López*
8                                            CHRISTINA R.B. LÓPEZ
                                             Deputy Attorney General
9                                            *Attorneys for Defendant*
                                             *Rob Bonta, Attorney General of*
10                                           *California*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTORNEY GENERAL'S ANSWER TO COMPLAINT (24-cv-0664-CAB-MMP)

# CERTIFICATE OF SERVICE

Case Name:     **_Hoffman, Christopher, et al. v. Rob Bonta_**      Case Number     **3:24-cv-00664-CAB-MMP**

I hereby certify that on <u>May 20, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ROB BONTA'S ANSWER TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 20, 2024</u>, at Los Angeles, California.

| Dora Mora | _Dora Mora_ |
|---|---|
| Declarant | Signature |

SA2024301668
66802757.docx