ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
NICHOLAS R. GREEN
Deputy Attorney General
CHRISTINA R.B. LÓPEZ
Deputy Attorney General
State Bar No. 312610
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6106
 Fax:  (916) 324-8835
 E-mail:  Christina.Lopez@doj.ca.gov
*Attorneys for Defendant*
*Rob Bonta, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER J. HOFFMAN; CHAD ORRIN; JENNIFER SENSIBA; and FIREARMS POLICY COALITION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 3:24-cv-0664-CAB-MMP<br><br>**JOINT MOTION SEEKING EXCUSAL FROM THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Judge: Hon. Cathy Ann Bencivengo; Magistrate Judge Michelle M. Pettit<br><br>Action Filed: April 11, 2024 |

1       Plaintiffs Christopher J. Hoffman, Chad Orrin, Jennifer Sensiba, and Firearms
2   Policy Coalition, Inc., and Defendant Rob Bonta, in his official capacity as
3   Attorney General of California, through their respective counsel of record, and
4   pursuant to Civil Local Rules 7.1 and 7.2, hereby jointly move the Court to excuse
5   them from the Early Neutral Evaluation (ENE) conference set forth in the May 20,
6   2024 Notice and Order For Early Neutral Evaluation Conference and Case
7   Management Conference, ECF No. 9 (ENE Order).
8       Good cause exists for excusal from the ENE conference.
9       Plaintiffs filed their complaint on April 11, 2024.  ECF No. 1.  The Attorney
10  General filed his answer on May 20, 2024.  ECF No. 8.  Plaintiffs' and Defendant's
11  respective counsel conferred by email on May 31 and by telephone conference on
12  June 25, 2024 and agreed that, due to the nature of the complaint, there is no
13  potential for settlement of Plaintiffs' claims.
14      Plaintiffs believe that the challenged statutory provisions violate their
15  constitutional rights and seek injunctive and declaratory relief.  Plaintiffs will not
16  dismiss the lawsuit unless the Attorney General ceases enforcement of the
17  challenged provisions.
18      It is Defendant's position that the challenged provisions are constitutional and
19  duly enacted.  Given the Attorney General's sworn duty to uphold the laws of the
20  State, the Attorney General cannot excuse Plaintiffs from compliance with or
21  application of the challenged provisions, or otherwise refuse to enforce the
22  challenged provisions.  Cal. Const., art. III, § 3.5.
23      All parties agree that in light of the parties' positions on the constitutionality
24  of the challenged provisions, neither further discussion nor mediation will produce
25  a settlement in this case.  The parties respectfully request that the Court issue an
26  order excusing them from participating in the ENE conference and its related
27  requirements, including submission of confidential ENE statements as set forth in
28  paragraph 4 of the ENE order.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: June 25, 2024 | ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br>NICHOLAS R. GREEN<br>Deputy Attorney General |
| 7 |  | *s/ Christina R.B. López*<br>CHRISTINA R.B. LÓPEZ<br>Deputy Attorney General<br>*Attorneys for Defendant* |
| 11 | Dated: June 25, 2024 | BENBROOK LAW GROUP, PC |
| 13 |  | *s/ Stephen M. Duvernay*<br>Stephen M. Duvernay<br>Bradley A. Benbrook<br>*Attorneys for Plaintiffs* |