UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, *in his official capacity as Attorney General of California*,<br><br>Defendant. | Case No.: 24-cv-0664-CAB-MMP<br><br>**ORDER GRANTING JOINT MOTION SEEKING EXCUSAL FROM THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>[ECF No. 10] |

Before the Court is the Parties' Joint Motion Seeking Excusal from the Early Neutral Evaluation Conference ("Joint Motion"), requesting the Court "excuse them from the Early Neutral Evaluation . . . conference set forth in the May 20, 2024 Notice and Order For Early Neutral Evaluation Conference and Case Management Conference." [ECF No. 10; *see* ECF No. 9.] In support, the Parties state "due to the nature of the complaint, there is no potential for settlement of Plaintiff's claims." Plaintiffs are seeking injunctive and declaratory relief for statutory provisions they allege violate constitutional rights. [*See* ECF No. 1, 10.] "It is Defendant's position that the challenged provisions are constitutional and

duly enacted" and "the Attorney General cannot excuse Plaintiffs from compliance with or application of the challenged provisions, or otherwise refuse to enforce the challenged provisions."

Having reviewed the Parties' submission, and for good cause appearing, the Court **GRANTS** the Parties' Joint Motion. Accordingly, the Early Neutral Evaluation scheduled for July 31, 2024, and related deadlines, are **VACATED**. The attorneys-only Case Management Conference will proceed on July 31, 2024 at 9:30 a.m. as scheduled via videoconference.

**IT IS SO ORDERED**.

Dated:  June 26, 2024

HON. MICHELLE M. PETTIT
United States Magistrate Judge