
BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN; CHAD ORRIN; JENNIFER SENSIBA; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No.:  3:24-cv-664-CAB-MMP<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: N/A<br>Time: N/A<br>Courtroom:  15A (15th Floor)<br>Judge: Hon. Cathy Ann Bencivengo |

To all parties and their attorneys of record:

Please take notice that Plaintiffs will and hereby do move the Court for an order granting summary judgment to Plaintiffs pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiffs make this motion before the Honorable Cathy Ann Bencivengo of the United States District Court, Southern District of California. Pursuant to the August 7, 2024 Scheduling Order, Dkt. 14, this motion is excepted from Judge Bencivengo's hearing date requirement set forth in Chambers Rules II.A.

This motion is made on the grounds that there is no genuine issue as to any material fact and that Plaintiffs are entitled to judgment as a matter of law as follows:

As to Count I in Plaintiffs' Complaint for Declaratory and Injunctive Relief: California's laws barring non-residents from carrying firearms in public, and Defendants' regulations, policies, and enforcement practices implementing those laws, abridge the right to keep and bear arms secured by the Second Amendment to the United States Constitution.

As to Count II in Plaintiffs' Complaint for Declaratory and Injunctive Relief: California's laws barring non-residents from carrying firearms in public, and Defendants' regulations, policies, and enforcement practices implementing those laws, violate the Privileges and Immunities Clause of Article IV, Section 2 of the United States Constitution by favoring California residents and discriminating against non-residents in the exercise of a fundamental right.

This motion shall be based on this notice of motion and motion, the memorandum of points and authorities in support, the declarations and evidence filed concurrently herewith, and upon any further matters the Court deems appropriate.

//

Plaintiffs respectfully request that the Court enter judgment in their favor and grant them such other and further relief as the Court may deem proper.

Dated: January 31, 2025

BENBROOK LAW GROUP, PC

By s/ Bradley A. Benbrook
BRADLEY A. BENBROOK
STEPHEN M. DUVERNAY
Attorneys for Plaintiffs