BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN; CHAD ORRIN; JENNIFER SENSIBA; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 3:24-cv-664-CAB-MMP<br><br>**DECLARATION OF CHRISTOPHER J. HOFFMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 15A (15th Floor)<br>Judge: Hon. Cathy Ann Bencivengo |

I, Christopher J. Hoffman, declare:

1. I have personal knowledge of the matters set forth in this declaration and would be able to testify competently to these facts if called as a witness.

2. I am a resident of Pittsburgh, Pennsylvania. I am eligible to possess firearms and wish to exercise the right to possess and carry firearms for all lawful purposes, including the right to immediate self-defense.

3. I have a concealed carry license issued by the Allegheny County Sheriff's Office. The license was issued on March 5, 2021, and expires on March 5, 2026. There are no special limitations or conditions imposed by the license beyond those that generally apply under State and Federal law.

4. I lived in California until 2012, and I frequently return to San Diego County to visit family and friends. I held a California concealed carry license issued by the San Diego County Sheriff's Office on multiple occasions starting in 1990 until I moved to Nevada in 2012. After moving to Nevada, I was issued a concealed carry license by the Las Vegas Metropolitan Police Department.

5. In 2023, I submitted an application for a concealed carry license to the San Diego County Sheriff's Department. I had an in-person appointment and interview at the sheriff's office in December 2023. On April 3, 2024, the San Diego County Sheriff's Department denied my application because I am a resident of Pennsylvania and therefore not eligible for licensure under California law.

6. California's restrictions have prevented me from exercising my Second Amendment protected rights. As explained above, I lived in California until 2012 and often return to visit family. I have visited California on several occasions in the past few years. In October 2020, I visited Southern California for a business and personal trip, which included visiting my brother and his wife in La Mesa. I returned to California in January 2023, and submitting an application for a concealed carry license to the San Diego County Sheriff's Department. I visited Northern California in later

2023. In April 2024, I visited San Diego for a business and personal trip, and returned again in November 2024. I was unable to carry a firearm during any of these trips.

7. I desire to carry a firearm in public for self-defense when I visit California and would do so if California law permitted me to. Aside from the fact that I am not a California resident, I am qualified to receive a California concealed carry license based on the application criteria set forth pursuant to California Penal Code §§ 26175 and 26202. Through this litigation, I seek to secure my right to apply for a California concealed carry license on par with California residents who may apply under the State's general licensing regime, and I would apply for such a license if California provided me an opportunity to do so.

8. I am a member of Firearms Policy Coalition.

I declare under penalty of perjury under the laws of the United States America and State of California that the foregoing is true and correct.

Executed on 1/31/2025.

CHRISTOPHER J. HOFFMAN