BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN; CHAD ORRIN; JENNIFER SENSIBA; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant. | Case No.: 3:24-cv-664-CAB-MMP <br><br> **DECLARATION OF CHAD ORRIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br><br> Date: N/A <br> Time: N/A <br> Courtroom: 15A (15th Floor) <br> Judge: Hon. Cathy Ann Bencivengo |

I, Chad Orrin, declare:

1. I have personal knowledge of the matters set forth in this declaration and would be able to testify competently to these facts if called as a witness.

2. I am a resident of Caldwell, Idaho. I am eligible to possess firearms and wish to exercise the right to possess and carry firearms for all lawful purposes, including the right to immediate self-defense.

3. I have an enhanced concealed carry license issued through the Canyon County Sheriff's Office. The license was issued on April 25, 2024, and expires on April 25, 2029. There are no special limitations or conditions imposed by the license beyond those that generally apply under State and Federal law.

4. Before moving to Idaho in 2020, I held a California concealed carry license issued by the Placer County Sheriff's Office. Before moving to Placer County, I lived in Madera County, where I held a California concealed carry license issued by the Madera County Sheriff's Office for several years. I have also held a nonresident concealed carry license in the state of Utah that was issued on February 21, 2019 and expired on February 21, 2024.

5. California's restrictions have prevented me from exercising my Second Amendment protected rights. I was born in California and lived in the State my entire life until July 5, 2020. Since moving out of California, I have returned to the State multiple times but I was unable to carry a firearm during those trips.

6. I desire to carry a firearm in public for self-defense when I visit California and would do so if California law permitted me to. Aside from the fact that I am not a California resident, I am qualified to receive a California concealed carry license based on the application criteria set forth pursuant to California Penal Code §§ 26175 and 26202. Through this litigation, I seek to secure my right to apply for a California concealed carry license on par with California residents who may apply under the State's general licensing regime, and I would apply for such a license if California provided me an opportunity to do so.

7. I am a member of Firearms Policy Coalition.

I declare under penalty of perjury under the laws of the United States America and State of California that the foregoing is true and correct.

Executed on 1/30/2025.

CHAD ORRIN