BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN; CHAD ORRIN; JENNIFER SENSIBA; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 3:24-cv-664-CAB-MMP<br><br>**DECLARATION OF JENNIFER SENSIBA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 15A (15th Floor)<br>Judge: Hon. Cathy Ann Bencivengo |

I, Jennifer Sensiba, declare:

1. I have personal knowledge of the matters set forth in this declaration and would be able to testify competently to these facts if called as a witness.

2. I am a resident of Las Cruces, New Mexico. I am eligible to possess firearms and wish to exercise the right to possess and carry firearms for all lawful purposes, including the right to immediate self-defense.

3. I have a New Mexico concealed carry license that was issued on September 2, 2022, and expires on September 2, 2026. I also have a Utah concealed carry license that was issued on October 21, 2022, and expires on October 31, 2027. There are no special limitations or conditions imposed by the license beyond those that generally apply under State and Federal law. I have previously held concealed carry licenses in Arizona and Texas. In addition, I have been a certified firearms instructor since 2010.

4. California's restrictions have prevented me from exercising my Second Amendment protected rights. I have visited California on several occasions in the past few years. In November 2019, I visited Los Angeles and Southern California on a business trip. In November 2021, I drove to San Diego, Anaheim, and Joshua Tree National Park. Before 2019, I visited family in the Central Valley on multiple occasions. I was unable to carry a firearm during any of these trips. In addition, I have refrained from pursuing certain work assignments that would have required travel to California because I would not able to carry a firearm for self-defense while traveling to the State.

5. I desire to carry a firearm in public for self-defense when I visit California and would do so if California law permitted me to. Aside from the fact that I am not a California resident, I am qualified to receive a California concealed carry license based on the application criteria set forth pursuant to California Penal Code §§ 26175 and 26202. Through this litigation, I seek to secure my right to apply for a California concealed carry license on par with California residents who may apply

under the State's general licensing regime, and I would apply for such a license if California provided me an opportunity to do so.

   6. I am a member of Firearms Policy Coalition.

I declare under penalty of perjury under the laws of the United States America and State of California that the foregoing is true and correct.

  Executed on 1/31/2025 _____.

Signed by:

*[signature]*

751E712B9BAF46A...

JENNIFER SENSIBA

SENSIBA DECL. IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT