ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
KRISTI A. HUGHES
Deputy Attorney General
State Bar No. 235943
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 321-5428
  Fax:  (916) 732-7920
  E-mail:  Kristi.Hughes@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER J. HOFFMAN, et al.,** | 3:24-cv-00664-CAB-MMP |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| **v.** | |
| **ROB BONTA, in his official capacity as Attorney General of California,** | |
| Defendant. | |

1    The California Attorney General, counsel for Defendant Rob Bonta, Attorney

2  General of California, hereby files this Notice of Appearance to inform the Court of

3  assigned counsel for Defendant in this proceeding. Kristi A. Hughes, a member of

4  the State Bar of California and admitted to practice in this Court, and whose contact

5  information appears below, hereby enters her appearance as counsel for Defendant.

6  Ms. Hughes's contact information is as follows:

7          Kristi A. Hughes
           Deputy Attorney General
8          600 West Broadway, Suite 1800
           San Diego, CA 92101
9          Telephone: (619) 321-5428
           E-mail: Kristi.Hughes@doj.ca.gov
10

11

12  Dated: May 20, 2025                    Respectfully submitted,

13                                          ROB BONTA
                                            Attorney General of California
14                                          MARK R. BECKINGTON
                                            Supervising Deputy Attorney General
15

16

17                                          */s/ Kristi A. Hughes*
                                            KRISTI A. HUGHES
18                                          Deputy Attorney General
                                            *Attorneys for Defendant*
19

20  SA2024301668
    85130486
21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

| Case Name: | **Hoffman, Christopher, et al. v. Rob Bonta** | No. | **3:24-cv-00664-CAB-MMP** |
|---|---|---|---|

I hereby certify that on <u>May 20, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 20, 2025</u>, at San Diego, California.

| Andersen Seng | |
|---|---|
| Declarant | Signature |

SA2024301668
85130560