# EXHIBIT A

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER J. HOFFMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                              Defendant. | 3:24-cv-00664-CAB-MMP<br><br>**[PROPOSED] INJUNCTION FOLLOWING COURT'S ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Dept:     15A<br>Judge:   The Honorable Cathy Ann Bencivengo<br>Action Filed:   4/11/2024 |

1

On July 1, 2025, the Court granted in part Plaintiffs' Motion for Summary Judgment, holding that the provisions of California law barring nonresidents from applying for a license to carry a concealed weapon ("CCW") violate the Second and Fourteenth Amendments to the United States Constitution, such that Plaintiffs are entitled to injunctive relief. ECF No. 22.

IT IS HEREBY ORDERED THAT

Defendant Attorney General Rob Bonta; Defendant's officers, agents, servants, employees, and attorneys; and any other persons who are in active concert or participation with Defendant, are hereby permanently enjoined from enforcing California Penal Code sections 26150(a)(3) and 26155(a)(3) as to CCW applications submitted by Plaintiff Firearms Policy Coalition's members who are not residents of California, including the named Individual Plaintiffs.

SO ORDERED on this ____ day of _____, 2025.

_____
Hon. Cathy Ann Bencivengo
United States District Judge