# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **HOFFMAN v. BONTA**          Case Number: **3:24-CV-664-CAB-MMP**

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: [Reporter Tape]

The Court sets a hearing to discuss the proposed order for injunctive relief, [Doc. No. 23], on August 21, 2025 in Courtroom 15A at 2:00 PM. The parties may appear by teleconference. The Court will provide dial-in information the day before the hearing.

It is **so ORDERED.**

Date: August 14, 2025                                                                 Initials: SDD