# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **HOFFMAN v. BONTA**              Case Number: **3:24-CV-664-CAB-MMP**

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez        Rptr Tape: [Reporter Tape]

The parties may use the following dial-in information for the hearing set for 8/21/2025. Number: 619-657-0677. Conference ID: 865 502 591#

It is **so ORDERED.**

Date: August 20, 2025                                                                 Initials: SDD