UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN, et al.,<br><br>                       Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>                       Defendant. | Case No.: 3:24-cv-664-CAB-MMP<br><br>**PERMANENT INJUNCTION** |

    Defendant Attorney General Rob Bonta; Defendant's officers, agents, servants, employees, and attorneys; and any other persons who are in active concert or participation with Defendant, are hereby permanently enjoined from enforcing California Penal Code sections 26150(a)(3) and 26155(a)(3) as to CCW applications submitted by Plaintiff Firearms Policy Coalition's members who are not residents of California, including the named Individual Plaintiffs.

Dated: August 21, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge