

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher J Hoffman;Chad Orrin;Chad Orrin;Firearms Policy Coalition, Inc. <br><br><br> **Plaintiff,** <br> **V.** <br><br> Rob Bonta, in his official capacity as Attorney General of California <br><br><br><br> **Defendant.** | **Civil Action No.**  24cv0664-CAB-MMP <br><br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant Attorney General Rob Bonta; Defendant's officers, agents, servants, employees, and attorneys; and any other persons who are in active concert or participation with Defendant, are hereby permanently enjoined from enforcing California Penal Code sections 26150(a)(3) and 26155(a)(3) as to CCW applications submitted by Plaintiff Firearms Policy Coalition's members who are not residents of California, including the named Individual Plaintiffs.

**Date:**          8/21/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Hazard

A. Hazard, Deputy