

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
KRISTI HUGHES
Deputy Attorney General
WILL SETRAKIAN (SBN 335045)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6668
E-mail: William.Setrakian@doj.ca.gov

Attorneys for Defendant Attorney General Rob Bonta, in his Official Capacity

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

CHRISTOPHER J. HOFFMAN; CHAD ORRIN; JENNIFER SENSIBA; and FIREARMS POLICY COALITION, INC.,

Plaintiffs,

v.

ROB BONTA, in his official capacity as Attorney General of California,

Defendants.

Case No.: 3:24-cv-664-CAB-MMP

**STIPULATED JOINT MOTION TO EXTEND THE TIME FOR PLAINTIFFS TO FILE A MOTION FOR ATTORNEY'S FEES AND COSTS**

Dept: 15A
Judge: The Honorable Cathy Ann Bencivengo
Action Filed: 4/11/2024
Judgment Entered: 8/21/2025

Plaintiffs Christopher J. Hoffman, Chad Orrin, Jennifer Sensiba, and Firearms Policy Coalition, on the one hand, and Defendant Rob Bonta in his official capacity as Attorney General of California, on the other, stipulate and request that the Court extend the deadline for Plaintiffs to file a motion for attorney's fees and costs for 45 days, as follows:

1. Plaintiffs filed this lawsuit on April 11, 2024, alleging that California's non-resident carry ban violates the Second Amendment and the Privileges and Immunities Clause of Article IV, Section 2 of the U.S. Constitution. ECF No. 1.

2. The Parties filed cross-motions for summary judgment. *See* ECF No. 17 (Plaintiffs' Motion for Summary Judgment) and 18 (Defendant's Opposition and Cross-Motion for Summary Judgment).

3. On July 1, 2025, the Court entered an order granting Plaintiffs' motion for summary judgment in part and denying Defendant's cross-motion for summary judgment in part, ECF No. 22, and issued corresponding judgment on August 21, 2025, ECF No. 28.

4. Pursuant to Local Rule 54.1, a motion for attorney's fees and costs must be filed within 14 days after entry of final judgment. S.D. Cal. Local R. 54.1(a). The Court has authority to extend the deadline for good cause. *See, e.g.*, Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires"); *see also* Fed. R. Civ. P. 54(d)(1), (2)(B). Based on the entry of the judgment, Plaintiffs' current deadline to file a motion for attorney's fees and costs is **September 4, 2025**.

5. The parties agree that good cause exists to extend the deadline to file a motion for attorney's fees and costs in this case.

6. The parties intend to meet and confer to seek an informal resolution of the attorney's fee issue. A continuance would both serve judicial economy and spare the parties unnecessary expense.

7. The parties believe that a 45-day continuance is sufficient for them to either resolve the attorney's fee issue informally or determine to proceed with a motion before the Court. Accordingly, the parties request that the deadline to file a motion for attorney's fees and costs be extended to **October 20, 2025**.

IT IS SO STIPULATED.

Dated: September 3, 2025

Respectfully submitted,

s/ Stephen M. Duvernay
STEPHEN M. DUVERNAY
Benbrook Law Group, PC
*Attorneys for Plaintiffs*

Dated: September 3, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
KRISTI HUGHES
Deputy Attorney General

s/ Will Setrakian
WILL SETRAKIAN
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta, in his Official Capacity*