BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER J. HOFFMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 3:24-cv-00664-CAB-MMP<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE TIME FOR PLAINTIFFS TO FILE A MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Dept: 15A<br>Judge: The Honorable Cathy Ann Bencivengo<br>Action Filed: 4/11/2024<br>Judgment Entered: 8/21/2025 |

1    Upon Consideration of the Parties' Stipulated Joint Motion to Extend the Time for Plaintiffs to File a Motion for Attorney's Fees and Costs, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The deadline for Plaintiffs to file a motion for attorney's fees and costs shall be extended by 45 days. Plaintiffs' motion for attorney's fees shall be filed no later than October 20, 2025.

SO ORDERED on this ____ day of _____, 2025.

                                                          _____
                                                          Hon. Cathy Ann Bencivengo
                                                          United States District Judge