NAME AND ADDRESS OF ATTORNEY

Robert William Setrakian (CA Bar #335045)
300 S. Spring Street
Los Angeles, CA 90012
William.Setrakian@doj.ca.gov

PHONE: (213) 269-6668

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE  Hon. Cathy Ann Bencivengo         COURT REPORTER  Chari Bowery

Christopher J. Hoffman; Chad Orrin; Jennifer Sensiba; Firearms Policy Coalition, Inc.

CIVIL NO.  3:24-cv-00664-CAB-MMP

(Appellant/Appellee)      Plaintiff

vs

Attorney General Rob Bonta, in his Official Capacity

NOTICE OF APPEAL      (Civil)

(Appellant/Appellee)      Defendant

Notice is hereby given that  Attorney General Rob Bonta

☐ Plaintiff   ☒ Defendant above named, hereby appeals to the United States Court of Appeals for the:    (check appropriate box)

☒ Ninth Circuit          ☐ Federal Circuit

from the:        (check appropriate box)

☒ Final Judgment          ☐ Order (describe)

entered in this proceeding on the  21  day of  August , 20 25 .
Transcripts required  ☒ Yes          ☐ No.
Date civil complaint filed:  4/11/24 .

Date: 9/19/25                                /s Robert William Setrakian
                                             Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

# CERTIFICATE OF SERVICE

Case Name: **Hoffman, Christopher, et al. v. Rob Bonta**   No. **3:24-cv-00664-CAB-MMP**

I hereby certify that on <u>September 19, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 19, 2025</u>, at Los Angeles, California.

| Dyan Serzo | *D. Serzo* |
|---|---|
| Declarant | Signature |

SA2024301668
67946993.docx