ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
WILL SETRAKIAN
Deputy Attorney General
State Bar No. 335045
KRISTI A. HUGHES
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6668
 E-mail:  William.Setrakian@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Rob Bonta,*
*in His Official Capacity*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER J. HOFFMAN, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 3:24-cv-00664-CAB-MMP<br><br>**DEFENDANT'S MOTION TO EXTEND THE TIME FOR PLAINTIFFS TO FILE A MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Dept:          15A<br>Judge:        The Honorable Cathy Ann Bencivengo<br>Action Filed:    4/11/2024 |

Defendant Rob Bonta, in his official capacity as Attorney General of California, moves under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 7.1 to extend by 14 days the time for Plaintiffs to file a motion for attorney's fees and costs.

## PROCEDURAL BACKGROUND

On April 11, 2024, Plaintiffs filed this lawsuit alleging that California's non-resident carry ban violates the Second Amendment and the Privileges and Immunities Clause of Article IV, Section 2 of the U.S. Constitution. ECF No. 1.

1

The parties then filed cross-motions for summary judgment, *see* ECF Nos. 17 and 18, and on July 1, 2025, the Court granted in part Plaintiffs' motion for summary judgment and denied in part Defendant's cross-motion for summary judgment. ECF No. 22. The Court issued judgment on August 21, 2025. ECF No. 28.

On September 3, 2025, the parties moved to extend Plaintiffs' deadline to file a motion for attorney's fees and costs. ECF No. 29. The Court ordered a 28-day continuance of Plaintiffs' deadline, with the current motion due October 2, 2025. ECF No. 30.

## ARGUMENT

Federal Rule of Civil Procedure 6(b)(1)(A) grants this Court authority to extend Plaintiff's deadline for good cause. *See, e.g.*, Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires"); *see also* Fed. R. Civ. P. 54(d)(1) (providing for costs other than attorney's fees for prevailing party), *id.* at (d)(2)(B) (allowing court to modify the 14-day deadline to file fee motion).

Here, good cause exists to extend by 14 days the time for Plaintiffs to file their motion for fees and costs. Over the last several weeks, the parties have met and conferred to resolve the attorney's fees and costs issue. The parties have made substantial progress. However, there is not a final resolution because of Defendant's internal approval process for financial settlements. While Defendant has expeditiously proceeded through this internal process and the process is nearly complete, as of the date of this motion the approval process remains ongoing. Granting a brief, 14-day extension would allow Defendant time to finalize the approval process, resolve the fees and costs issue, and obviate the need for Plaintiffs to draft and file a fee motion. Good cause therefore exists to grant the

2

Defendant's Motion to Extend the Time for Plaintiffs to File a Motion for Attorney's Fees and Costs
(3:24-cv-00664-CAB-MMP)

extension as doing so would preserve judicial economy and spare the parties unnecessary expense.

Additionally, while Defendant is mindful of the Court's admonition that no further extensions would be granted, *see* ECF 30, given the status of the parties' negotiations a 14-day extension has a strong likelihood of bringing the parties to agreement and obviating the need for the parties and Court to devote resources towards briefing and adjudicating a fee motion.

## CONCLUSION

The Court should grant an extension of 14 days to allow for the Attorney General's internal approval process to conclude, and for the parties to finalize their agreement as to costs and fees.

Dated:  September 30, 2025            Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


*/s/ Will Setrakian*

WILL SETRAKIAN
Deputy Attorney General
KRISTI A. HUGHES
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta, in His Official Capacity*

3

Defendant's Motion to Extend the Time for Plaintiffs to File a Motion for Attorney's Fees and Costs
(3:24-cv-00664-CAB-MMP)

# CERTIFICATE OF SERVICE

| Case Name: | **Hoffman, Christopher, et al. v. Rob Bonta** | No. | **3:24-cv-00664-CAB-MMP** |
|---|---|---|---|

I hereby certify that on <u>September 30, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEFENDANT'S MOTION TO EXTEND THE TIME FOR PLAINTIFFS TO FILE A MOTION FOR ATTORNEY'S FEES AND COSTS;**

2. **[PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND THE TIME FOR PLAINTIFFS TO FILE A MOTION FOR ATTORNEY'S FEES AND COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 30, 2025</u>, at San Diego, California.

| A. Seng | *A. Seng* |
|---|---|
| Declarant | Signature |

SA2024301668
85373094