UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN, et al.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>　　　　　　　　　　　　　Defendant. | Case No.: 3:24-cv-664-CAB-MMP<br><br>**ORDER GRANTING MOTION FOR EXTENSION**<br><br>**[Doc. No. 34]** |

On September 30, 2025, Defendant moved for an extension of time for Plaintiffs to file a motion for attorney fees and costs. The court previously granted a joint motion for a 28-day extension as the parties sought an informal resolution of fees. [Doc. No. 30.] Defendant states that an additional 14 days is needed to "allow for the Attorney General's internal approval process [for settlements] to conclude[.]" [Doc. No. 34 at 3.] The Court **GRANTS** the motion. Either the parties shall file their fees/costs agreement or Plaintiffs shall file their motion for attorney fees and any bill of costs, by **October 16, 2025**.

It is **SO ORDERED**.

Dated: October 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge