Rob Bonta
Attorney General of California
Mark R. Beckington
Supervising Deputy Attorney General
Kristi Hughes
Will Setrakian
Deputy Attorney General
State Bar No. 335045
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6668
 E-mail:  William.Setrakian@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER J. HOFFMAN, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 3:24-cv-00664-CAB-MMP<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER REGARDING THE PARTIES' SETTLEMENT OF PLAINTIFFS' CLAIM FOR ATTORNEY'S FEES AND COSTS**<br><br>Dept:  15A<br>Judge:  The Honorable Cathy Ann Bencivengo<br>Action Filed:   April 11, 2024 |

## BACKGROUND

On April 11, 2024, Plaintiffs filed a Complaint in the United States District Court for the Southern District of California in the above-entitled matter.  Plaintiffs allege that California law requiring in-state residency as a condition of securing a Carry Concealed Weapon (CCW) license violates the Second Amendment and the Privileges and Immunities Clause of the United States Constitution.  On July 1, 2025, the Court entered summary judgment for Plaintiffs as to their Second Amendment claim.

## THE PARTIES' STIPULATION AND JOINT REQUEST

Plaintiffs and Defendant have reached an agreement regarding costs and fees, and they jointly request that the Court enter the accompanying proposed Order effectuating the agreement.  Defendant and Plaintiffs agree and stipulate as follows:

1. Defendant Attorney General Bonta, in his official capacity, will pay a sum in full and final settlement of Plaintiffs' claim for recovery of attorney's fees, as follows:

   a. If a claims bill appropriating funds for this payment is not required, payment will be in the amount of $155,000 and shall be made within 90 days of entry of the Order.

   b. If a claims bill is required, payment will be in the amount of $165,850. No interest will accrue on this sum. If a claims bill is passed after the date of the Order that does not provide payment hereunder, nothing in this stipulation shall preclude Plaintiffs from moving to enforce the Order.

2. Defendant shall inform Plaintiffs of whether a claims bill is required for payment as soon as that determination is made and in no event later than 45 days from entry of the Order.

3. This payment will completely satisfy Defendant's obligation to pay costs and fees in this matter.

/ / /

2

STIPULATION AND JOINT REQUEST FOR ORDER REGARDING THE PARTIES' SETTLEMENT OF PLAINTIFFS' CLAIM FOR ATTORNEY'S FEES AND COSTS
(3:24-cv-00664-CAB-MMP)

4. This payment is contingent upon certification of availability of funds and the approval of the Director of the Department of Finance, and is subject to appropriation by the Legislature.

5. This Stipulation contains the entire agreement between Plaintiffs and Defendants.

**IT IS SO STIPULATED.**

Dated: October 16, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ Will Setrakian*

WILL SETRAKIAN
KRISTI A. HUGHES
Deputy Attorney General
*Attorneys for Defendant Attorney General Bonta, in his official capacity*

Dated: October 16, 2025

*/s/ Stephen Duvernay*

STEPHEN DUVERNAY
Benbrook Law Group, PC
*Attorney for Plaintiffs*

SA2024301668

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Hoffman, Christopher, et al. v. Rob Bonta** | No. | **3:24-cv-00664-CAB-MMP** |

I hereby certify that on October 16, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **STIPULATION AND JOINT REQUEST FOR ORDER REGARDING THE PARTIES' SETTLEMENT OF PLAINTIFFS' CLAIM FOR ATTORNEY'S FEES AND COSTS**
2. **ORDER GRANTING PARTIES' JOINT STIPULATION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 16, 2025, at San Diego, California.

|  A. Seng  |  *[signature]*  |
|---|---|
| Declarant | Signature |

SA2024301668