UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN, et al.,<br><br>                                   Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>                                   Defendant. | Case No.: 3:24-cv-664-CAB-MMP<br><br>**ORDER ON COSTS AND FEES**<br><br>**[Doc. No. 36]** |

    On October 16, 2025, the parties filed a joint agreement regarding costs and fees, which stipulates:

1. Defendant Attorney General Rob Bonta, in his official capacity, will pay a sum in full and final settlement of Plaintiffs' claim for recovery of attorney fees, as follows:

a. If a claims bill appropriating funds for this payment is not required, payment will be in the amount of $155,000 and shall be made within 90 days of entry of this order.

b. If a claims bill is required, payment will be in the amount of $165,850. No interest will accrue on this sum. If a claims bill is passed after the date of

this order that does not provide payment hereunder, nothing in this stipulation shall preclude Plaintiffs from moving to enforce this order.

2. Defendant shall inform Plaintiffs of whether a claims bill is required for payment as soon as that determination is made and in no event later than 45 days from entry of this order.

3. This payment will completely satisfy Defendant's obligation to pay costs and fees in this matter.

4. This payment is contingent upon certification of availability of funds and the approval of the Director of the Department of Finance, and is subject to appropriation by the Legislature.

5. This stipulation contains the entire agreements between Plaintiffs and Defendant.

The Court **ACCEPTS** the parties' joint agreement and stipulation concerning costs and fees.

It is **SO ORDERED**.

Dated: October 17, 2025

Hon. Cathy Ann Bencivengo
United States District Judge