UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHRISTOPHER J. HOFFMAN; et al.,

        Plaintiffs - Appellees,

  v.

ROB BONTA, in his official capacity as
Attorney General of California,

        Defendant - Appellant.

No. 25-5943

D.C. No. 3:24-cv-00664-CAB-MMP
Southern District of California,
San Diego

ORDER

The motion (Docket Entry No. 5) for voluntary dismissal is granted. *See*

Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT