| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 3 | KRISTI HUGHES |
| 4 | WILL SETRAKIAN<br>Deputy Attorney General |
| 5 | State Bar No. 335045<br> 300 South Spring Street, Suite 1702 |
| 6 |  Los Angeles, CA  90013-1230<br> Telephone:  (213) 269-6668 |
| 7 |  E-mail:  William.Setrakian@doj.ca.gov<br>*Attorneys for Defendant Rob Bonta, in his official capacity* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER J. HOFFMAN, ET AL.,**<br><br>                              Plaintiffs,<br><br>             v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                              Defendant. | 3:24-cv-00664-CAB-MMP<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:         December 12, 2025<br>Dept:         15A<br>Judge:       The Honorable Cathy Ann Bencivengo<br>Action Filed:       4/11/2024 |

# CERTIFICATE OF SERVICE

| Case Name: | **Hoffman, Christopher, et al. v. Rob Bonta** | No. | **3:24-cv-00664-CAB-MMP** |
|---|---|---|---|

I hereby certify that on November 7, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF MOTION AND MOTION TO DISSOLVE INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES**
- **DECLARATION OF ROBERT WILLIAM SETRAKIAN IN SUPPORT OF MOTION TO DISSOLVE INJUNCTION**
- **[PROPOSED] ORDER DISSOLVING INJUNCTION [ECF 27]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 7, 2025, at Los Angeles, California.

| D. Serzo | *D. Serzo* |
|---|---|
| Declarant | Signature |

SA2024301668
68058003.docx