BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN; CHAD ORRIN; JENNIFER SENSIBA; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No.:  3:24-cv-664-CAB-MMP<br><br>**STIPULATION TO RE-SET HEARING AND BRIEFING DEADLINES ON DEFENDANT'S MOTION TO DISSOLVE INJUNCTION**<br><br>Date:  December 12, 2025<br>Dept:  15A<br>Judge:  The Honorable Cathy Ann Bencivengo<br>Action Filed:  4/11/2024<br>Judgment Entered:  8/21/2025 |

To the Court, all parties, and their counsel of record:

The parties hereby stipulate and jointly request that the Court re-set the hearing date and associated briefing deadlines on Defendant's motion to dissolve injunction (ECF No. 39), currently set for December 12, 2025, as follows:

1. On April 11, 2024, Plaintiffs filed a Complaint in the United States District Court for the Southern District of California in the above-entitled matter. Plaintiffs allege that California law requiring in-state residency as a condition of securing a Carry Concealed Weapon (CCW) license violates the Second Amendment and the Privileges and Immunities Clause of the United States Constitution. On July 1, 2025, the Court entered summary judgment for Plaintiffs as to their Second Amendment claim. ECF No. 22. On August 21, 2025, the Court entered judgment in Plaintiffs' favor. ECF No. 28.

2. On November 7, 2025, Defendant filed a motion to dissolve the injunction. ECF No. 39.

3. Pursuant to § II(A) of the Court's Civil Case Procedures, Defendant's motion was set for a hearing date December 12, 2025. Pursuant to CivLR 7.1(e)(2)–(3), Plaintiffs' opposition is due on November 28, and Defendant's reply is due December 5.

4. The parties stipulate and jointly request that the Court re-set the hearing for December 19, 2025, and extend each of associated these deadlines by seven days, as follows:

- Plaintiffs' deadline to file and serve their opposition brief: December 5, 2025.
- Defendant's deadline to file and serve its reply brief: December 12, 2025.
- Noticed hearing date for Defendant's motion to dissolve injunction: December 19, 2025.

5. Good cause exists to modify the current schedule. Plaintiffs' counsel will be traveling out of State for the Thanksgiving holiday, during which time the

opposition brief is currently due. In addition, Plaintiffs' counsel has significant commitments in other cases that have impacted their ability to meet the current briefing deadline, including: merits briefs on appeal in *Gonzalez v. The Morning Star Institute, Inc.* (Third Dist. Ct. App. No. C102578, filed November 12) and *Friends of Trafalgar Canyon v. Cal. Coastal Comm'n* (Fifth Dist. Ct. App. No. G065753, due November 20); a merits-stage *amicus* brief in *Wolford v. Lopez* (Supreme Court No. 24-1046, due November 24); a reply brief in *Struck v. Platkin* (D.N.J. No. 1:24-cv-7098, due December 1); and a dispositive motion opposition in *Dharnidharka v. Thupari* (E.D. Cal. No. 2:25-cv-2498, due December 1).

6. Due to Defendant's counsel's unavailability, the parties request that, should the Court decide to hear oral argument on this motion, that it set a hearing for a date outside of December 18–23, 2025.

IT IS SO STIPULATED.

Dated: November 18, 2025                         Respectfully submitted,

                                                 s/ Stephen M. Duvernay
                                                 STEPHEN M. DUVERNAY
                                                 Benbrook Law Group, PC
                                                 *Attorneys for Plaintiffs*

Dated: November 18, 2025                         Respectfully submitted,

                                                 ROB BONTA
                                                 Attorney General of California
                                                 MARK R. BECKINGTON
                                                 Supervising Deputy Attorney General
                                                 KRISTI HUGHES
                                                 Deputy Attorney General

                                                 s/ Will Setrakian
                                                 WILL SETRAKIAN
                                                 Deputy Attorney General
                                                 *Attorneys for Defendant Attorney General Rob Bonta, in his Official Capacity*