UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN; CHAD ORRIN; JENNIFER SENSIBA; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No.: 3:24-cv-664-CAB-MMP<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET HEARING AND BRIEFING DEADLINES ON DEFENDANT'S MOTION TO DISSOLVE INJUNCTION** |

Based on the parties' stipulation and joint request, and good cause appearing therefore, the request that the Court re-set the hearing date and associated briefing deadlines on Defendant's motion to dissolve injunction (ECF No. 39) currently set for December 12, 2025, is GRANTED.

The hearing on Defendant's motion to dissolve injunction is re-set for December 19, 2025, and the parties' briefing deadlines are extended as follows:

Plaintiffs shall file and serve their opposition brief no later than December 5, 2025.

Defendant shall file and serve its reply brief no later than December 12, 2025.

IT IS SO ORDERED.

Dated: _____

                                            _____
                                            Hon. Cathy Ann Bencivengo
                                            United States District Judge