UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 3:24-cv-664-CAB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO RESET DEADLINES**<br><br>[Doc. No. 40] |

On November 18, 2025, the parties jointly moved to reset the hearing date for Defendant's motion to dissolve the injunction that was entered on August 21, 2025. The hearing is currently set for December 12, 2025, with the briefing schedule requiring the opposition to be filed by the day after Thanksgiving. Given the holiday, the parties seek to reset the hearing for December 19, 2025, which would require the opposition to be filed by December 5, 2025. The Court **GRANTS** the motion. The hearing is reset to December 19, 2025.

　　It is **SO ORDERED**.

Dated: November 21, 2025

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　United States District Judge