BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN; CHAD ORRIN; JENNIFER SENSIBA; and FIREARMS POLICY COALITION, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>　　　　　　　Defendants. | Case No.:  3:24-cv-664-CAB-MMP<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISSOLVE INJUNCTION**<br><br>Date:  December 19, 2025<br>Dept:  15A<br>Judge:  The Honorable Cathy Ann Bencivengo<br>Action Filed:  4/11/2024<br>Judgment Entered:  8/21/2025 |

Plaintiffs do not oppose Defendant's request to dissolve the permanent injunction (ECF 27) once Assembly Bill 1078's amendments to California Penal Code sections 26150 and 26155 actually take effect. Continued relief in the meantime, however, is still warranted and necessary. To guard against the possibility—however remote—that the new law does not go into effect as expected and Plaintiffs are left without relief, Plaintiffs request that the Court: (1) delay issuing any order dissolving the injunction until after January 1, 2026, and (2) make explicit in any such order that the permanent injunction remains in place unless and until the new law takes effect, such that dissolution is contingent upon the change in law.[1]

Dated:  December 5, 2025                        Respectfully submitted,

                                                s/ Stephen M. Duvernay
                                                STEPHEN M. DUVERNAY
                                                Benbrook Law Group, PC
                                                *Attorneys for Plaintiffs*

---

[1] Of note, Plaintiffs have raised an issue with Defendant that has been introduced as a result of AB 1078 that fails to provide a clear avenue for out-of-state residents to apply for a permit in California who do not have a "primary location in California in which they intend to travel or spend time," which impacts at least one of the named Plaintiffs here. *See* Cal. Stat. 2025, ch. 570 (Assem. B. 1078), §§ 2 & 3, eff. Jan. 1, 2026 (codified at Penal Code §§ 26150(b)(3); 26155(b)(3)). Defendants have not addressed Plaintiffs' concern on this issue. Relevant here, Plaintiffs do not believe this impacts the injunction here, and believe that Defendant will address this inquiry and issue in a timely manner, but they reserve the right to raise this issue before this Court should circumstances change.