ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
KRISTI HUGHES
WILL SETRAKIAN
Deputy Attorney General
State Bar No. 335045
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6668
  E-mail:  William.Setrakian@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER J. HOFFMAN, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 3:24-cv-00664-CAB-MMP<br><br>**REPLY IN SUPPORT OF MOTION TO DISSOLVE INJUNCTION**<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT**<br><br>Date: December 19, 2025<br>Dept: 15A<br>Judge: The Honorable Cathy Ann Bencivengo<br>Action Filed: 4/11/2024 |

Plaintiffs do not oppose Defendant's motion to dissolve the permanent injunction in this case, effective January 1, 2026, when Assembly Bill 1078 takes effect.  ECF No. 42 at 2.  Accordingly, Defendants respectfully request the Court grant the motion and enter Defendant's proposed order.

| | | |
|---|---|---|
| 1 | Dated: December 9, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON |
| 4 | | Supervising Deputy Attorney General<br>KRISTI HUGHES |
| 5 | | Deputy Attorney General |

*/s/ Robert William Setrakian*

WILL SETRAKIAN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity*

SA2024301668