UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HOFFMAN, et al., <br><br>　　　　　　　　　　Plaintiffs, <br><br>v. <br><br>ROB BONTA, in his official capacity as Attorney General of California, <br><br>　　　　　　　　　　Defendant. | Case No.: 3:24-cv-664-CAB-MMP <br><br>**ORDER DISSOLVING INJUNCTION** <br><br>**[Doc. No. 39]** |

On November 7, 2025, Defendant Rob Bonta filed a motion to dissolve the permanent injunction entered on August 21, 2025. Defendant requested the dissolution take effect on January 1, 2026, as that would be the date that Assembly Bill 1078 ("AB 1078") would amend the laws that the Court enjoined. [Doc. No. 39 at 1.] Plaintiffs state that they do not oppose the motion once AB 1078 takes effect on January 1, 2026. [Doc. No. 42 at 2.] Accordingly, as AB 1078 has taken effect and amended California Penal Code §§ 26150 and 26155, the Court **GRANTS** the motion to dissolve the permanent injunction.

It is **SO ORDERED**.

Dated: January 5, 2026

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　United States District Judge